United States District Court
Southern District of Texas
**ENTERED**
August 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELZA ANTONOVA, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-04438 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On July 14, 2026, this Court granted habeas relief and ordered Respondents to release Petitioner. Doc. #7. The following day, Respondents moved for reconsideration. Doc. #8. On August 10, 2026, however, Respondents filed a Motion to Withdraw Respondents' Motion to Reconsider, and Motion to Vacate Hearing (the "Motion"), informing the Court they no longer seek reconsideration of the Court's July 14th Order. Doc. #12. The Motion (Doc. #12) is hereby GRANTED.

It is so ORDERED.

AUG 1 1 2026
Date

The Honorable Alfred H. Bennett
United States District Judge